THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. EDWARD CONWAY, Appellant.

*People* v. *Conway,* 147 App. Div. ——, affirmed.
(Argued December 14, 1911; decided December 22, 1911.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered November 15, 1911, which affirmed a judgment
of a Trial Term rendered upon a verdict convicting the
defendant of a violation of the Liquor Tax Law.

*William L. Barnum* for appellant.

*George H. Bond* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, HIS-
COCK and COLLIN, JJ.  Dissenting: WILLARD BARTLETT, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. SALVATORE CARUSO, Appellant.

(Submitted December 18, 1911; decided December 22, 1911.)

MOTION to dismiss an appeal from a judgment of the
Supreme Court, rendered May 31, 1911, at a Trial Term
for Columbia county, upon a verdict convicting the
defendant of the crime of murder in the first degree.

The motion was made upon the ground of failure to
prosecute the appeal.

*William B. Daley* for motion.

*Daniel V. McNamee* opposed.

Motion denied and cause set down for argument on the
22d of January, 1912.  If the counsel for the appellant
fails to be ready to proceed with the argument of the
case at that time the court will substitute counsel in his
place.